# United States Court of Appeals for the Fifth Circuit

———————————

No. 24-50166
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
September 3, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

HAMDOLLAH SHADMANMEHR,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:22-CR-760-1

———————————————————————

Before HIGGINSON, HO, and RAMIREZ, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Hamdollah Shadmanmehr on appeal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Shadmanmehr has filed a response.

———————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-50166

During the pendency of this appeal, Shadmanmehr completed the sentence imposed on revocation of supervised release and was released from custody. Because he has not shown that he will suffer collateral consequences as a result of the revocation of his supervised release and because no additional term of supervised release was imposed, the instant appeal does not present a case or controversy, and this court lacks jurisdiction. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998).

Accordingly, the appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.